GRACE LEVINE, Respondent, v. PHILIP L. SMITH and Others, Appellants.— Order reversed, with twenty dollars costs and disbursements, and motion granted on condition that the examination be completed by December 31, 1932, and that the trial be not delayed beyond January 3, 1933. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

GRACE LEVINE, Respondent, v. PHILIP L. SMITH and Others, Appellants.—

Order reversed, with twenty dollars costs and disbursements, and motion granted upon condition that the party sought to be vouched in answer, within five days from date of entry of order, waive notice of trial and consent to a trial of the action not later than January 3, 1933. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.